BINGHAM MCCUTCHEN LLP
Christopher P. Berka (SBN 94911)
chris.berka@bingham.com
Christopher M. O'Connor (SBN 229576)
christopher.oconnor@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: 650.849.4400
Facsimile: 650.849.4800

Attorneys for Defendant
SANITARY DISTRICT NO. 1 OF MARIN COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAMPUS ST. JAMES LARKSPUR, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SANITARY DISTRICT NO. 1 OF MARIN COUNTY, a political subdivision, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. CIV 09-05359 (SBA)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Ctrm: 1, Fourth Floor<br>Judge: Hon. Saundra Brown Armstrong |

A/73267187.3

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

1  Defendant Sanitary District No. 1 of Marin County ("the District") and Plaintiff Campus St. James Larkspur, LLC's ("Campus") agree and stipulate to the following:

WHEREAS the District filed a Notice of Removal of Civil Action to remove the action to federal court on November 13, 2009;

WHEREAS the District filed a Motion to Dismiss and Strike Portions of Complaint and to Seek Order for More Definite Statement in this Court ("Motion to Dismiss") on November 20, 2009;

WHEREAS Campus filed a Motion to Remand on December 21, 2009;

WHEREAS Campus filed a First Amended Complaint on January 13, 2010;

WHEREAS the hearings on the District's Motion to Dismiss and Campus's Motion to Remand are scheduled for February 9, 2010;

WHEREAS the initial case management conference is scheduled for February 18, 2010;

IT IS HEREBY STIPULATED by and between the parties through their counsel that the District's deadline to plead or otherwise respond to Campus's First Amended Complaint will be March 5, 2010.

DATED: January 15, 2010   By: _____
Christopher M. O'Connor
Bingham McCutchen LLP
Attorneys for Defendant Sanitary District No. 1 of Marin County

DATED: January 15, 2010   By: _____
Leonard Polyakov
Newmeyer & Dillon LLP
Attorneys for Plaintiff Campus St. James Larkspur LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: 1/21/10

_____
Hon. Saundra B. Armstrong
United States District Court Judge

A/7326718.3

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT